# EXHIBIT B
# TO
# NOTICE OF REMOVAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BNA ASSOCIATES, LLC, | } |
| Plaintiff, | } |
| v. | } Case No. _____ |
| GOLDMAN SACHS SPECIALTY LENDING GROUP, L.P., | } |
| Defendant. | } |

## DECLARATION OF MELISSA L. JAMES

I, Melissa L. James, do hereby affirm the following upon information and belief:

1. I am Vice President and Senior Counsel of Goldman Sachs & Company LLC.

2. Goldman Sachs Specialty Lending Group, L.P. ("Goldman Sachs") is a limited partnership organized under Delaware law.

3. Goldman Sachs has two members, GSSLG Gen-Par, LLC, and GSSG Holdings, LLC.

4. Both limited liability companies are organized under Delaware law and the sole member of GSSLG Gen-Par, LLC, is GSSG Holdings, LLC.

5. The sole member of GSSG Holdings, LLC, is The Goldman Sachs Group, Inc.

6. The Goldman Sachs Group, Inc., is incorporated in Delaware and has its principal place of business in New York, New York.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 22, 2021.

*Melissa L. James*
Melissa L. James
Vice President and Senior Counsel
Goldman Sachs & Company LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June, 2021, the foregoing was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to the registered participants identified on the Notice of Electronic Filings, including the following:

> Eugene N. Bulso, Jr.
> Eric W. Smith
> BULSO PLC
> 155 Franklin Road, Suite 400
> Brentwood, Tennessee 37027

*/s/ Jason W. Callen*