# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| BNA ASSOCIATES, LLC  )  | |
| *Plaintiff* ) | |
| v. ) | Case No. |
| GOLDMAN SACHS SPECIALTY LENDING GROUP ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GOLDMAN SACHS SPECIALTY LENDING GROUP, L.P.                                  .

Date:   06/22/2021

/s/ Jason W. Callen
*Attorney's signature*

Jason W. Callen (TN BPR No. 026225)
*Printed name and bar number*

K&L Gates LLP
222 Second Avenue South
Suite 1700
Nashville, Tennessee  37201
*Address*

jason.callen@klgates.com
*E-mail address*

(615) 780-6729
*Telephone number*

(615) 780-6799
*FAX number*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of June, 2021, the foregoing was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically and via U. S. Mail, first-class postage prepaid to the registered participants identified on the Notice of Electronic Filings, including the following:

> Eugene N. Bulso, Jr.
> Eric W. Smith
> BULSO PLC
> 155 Franklin Road, Suite 400
> Brentwood, Tennessee 37027

      */s/ Jason W. Callen*