IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BNA ASSOCIATES, LLC, | } |
| Plaintiff, | } |
| v. | } Case No. _____ |
| GOLDMAN SACHS SPECIALTY LENDING GROUP, L.P., | } |
| Defendant. | } |

## BUSINESS ENTITY DISCLOSURE

     Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, GOLDMAN SACHS SPECIALTY LENDING GROUP, L.P., makes the following disclosures:

☐    This party is an individual, who resides in _____.

☐    This party is a publicly held corporation or other publicly held entity, incorporated in or with a principle place of business in _____.

☐    This party is a privately held corporation, incorporated in or with a principal place of business in _____.

☐    This party has parent corporations.

      If yes, identify on attached page(s) all parent corporations, including grandparent and great-grandparent corporations.

☐    Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

      If yes, identify on attached page(s) all such owners.

☒ This party is a limited liability company or limited liability partnership. *See* Addendum hereto.

If yes, identify on attached page(s) each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. See Delay v. Rosenthal Collins, Grp., LLC, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

If yes, identify on attached page(s) the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is a trust.

If yes, identify on attached page(s) each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

If yes, identify on attached page(s) all corporations or entities and the nature of their interest.

Dated: June 22, 2021

Respectfully submitted,

*/s/ Jason W. Callen*
Jason W. Callen (TN BPR No. 026225)
jason.callen@klgates.com
Charles I. Malone (TN BPR No. 022904)
charlie.malone@klgates.com
K&L GATES LLP
222 Second Avenue South, Suite 1700
Nashville, Tennessee 37201
(615) 780-6700

*Attorneys for Defendant, Goldman Sachs Specialty Lending Group, L.P.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of June, 2021, the foregoing was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to the registered participants identified on the Notice of Electronic Filings, including the following:

>Eugene N. Bulso, Jr.
>Eric W. Smith
>BULSO PLC
>155 Franklin Road, Suite 400
>Brentwood, Tennessee 37027

>*/s/ Jason W. Callen*

3

Case 3:21-cv-00481   Document 4   Filed 06/22/21   Page 3 of 4 PageID #: 167

# ADDENDUM

Goldman Sachs Specialty Lending Group, L.P., a limited liability partnership organized under Delaware law, has two members:

- GSSLG Gen-Par, L.L.C. and GSSG Holdings, L.L.C.
    - Both GSSLG Gen-Par, L.L.C. and GSSG Holdings, L.L.C. are organized under Delaware law.
    - The sole member of GSSLG Gen-Par, L.L.C. is GSSG Holdings, L.L.C.
    - The sole member of GSSG Holdings, L.L.C. is The Goldman Sachs Group, Incorporated, a publicly held company.