IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

BNA ASSOCIATES LLC,

    **Plaintiff,**

v.

GOLDMAN SACHS SPECIALTY
LENDING GROUP L.P.,

    **Defendant.**

Case No. 3:21-cv-0481

Judge Crenshaw

Mag. Judge Newbern

## NOTICE OF APPEARANCE

Paul Krog hereby enters his appearance as additional counsel for the Plaintiff, BNA Associates LLC.

Respectfully submitted,

s/ Paul J. Krog
Eugene N. Bulso Jr. (Tenn. No. 12005)
Eric W. Smith (Tenn. No. 21694)
Paul J. Krog (Tenn. No. 29263)
BULSO PLC
155 Franklin Road, Suite 400
Brentwood, TN 37027
Tel: (615) 913-5200
Fax: (615) 913-5150
gbulso@bulso.com
esmith@bulso.com
pkrog@bulso.com
*Counsel for Plaintiff*

**Certificate of Service**

I hereby certify that a copy of the foregoing is being submitted via the Court's electronic-filing system, which is expected to deliver a copy or notice thereof to the following on this, the 22d day of June, 2021:

 Jason W. Callen
 Charles I. Malone
 K&L GATES LLP
 222 Second Ave. South
 Suite 1700
 Nashville, TN 37201
 615-780-6700
 charlie.malone@klgates.com
 Jason.callen@klgates.com
 *Counsel for Defendant*

       s/ Paul J. Krog
       Paul J. Krog